UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10483 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-01229-DCB-JCG-1 |
| v. | District of Arizona, Tucson |
| DANILO BANOS-MEJIA, | |
| Defendant - Appellant. | ORDER |

Before: NOONAN, FISHER, and NGUYEN, Circuit Judges.

The panel sua sponte withdraws the memorandum disposition filed on April 16, 2013.

Appellant's petition for rehearing en banc is denied as moot.

The parties are ordered to submit supplemental briefing addressing whether the generic federal definition of statutory rape includes a four-year-age-difference element. *See United States v. Zamorano-Ponce*, 699 F.3d 1117, 1119 (9th Cir. 2012) ("The generic federal definition may also include a four-year-age-difference element."). These supplemental briefs shall be no longer than ten pages and shall be submitted no later than 14 days after the entry of this order.